1  RONALD L. RICHMAN (SBN 139189)
   ADAM THOMAS (SBN 297249)
2  BULLIVANT HOUSER BAILEY PC
   101 Montgomery Street, Suite 2600
3  San Francisco, CA  94104-4146
   Telephone: 415.352.2700
4  Facsimile: 415.352.2701
   E-mail:     ron.richman@bullivant.com
5              adam.thomas@bullivant.com

6  Attorneys for Plaintiffs

7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>vs.<br><br>PRECISION DRILLING, INC., a California corporation,<br><br>Defendant. | Case No.: 4.22-cv-01293 DMR<br><br>**JOINT STIPULATION AND REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; ORDER (AS MODIFIED)**<br><br>**DATE:** June 1, 2022<br>**TIME:** 1:30  p.m.<br>**CTRM:** 4, 3rd Floor<br>Ronald Dellums Federal Bldg.<br>1301 Clay Street<br>Oakland, CA 94612<br><br>**Via Zoom video webinar**<br>Hon. Donna M. Ryu |

IT HEREBY STIPULATED by and between plaintiffs Board of Trustees of The Laborers Health And Welfare Trust Fund For Northern California; Board of Trustees of The Laborers Vacation-Holiday Trust Fund For Northern California; Board of Trustees of The Laborers Pension Trust Fund For Northern California; and Board of Trustees of The Laborers

1  Training And Retraining Trust Fund For Northern California, on the one hand, and defendant
2  Precision Drilling, Inc., on the other hand, through their respective counsel, as to the following.
3        On March 1, 2022, plaintiffs filed their Complaint for Breach of Collective Bargaining
4  Agreement and for a Mandatory Injunction ("Complaint") seeking to compel defendant, a
5  signatory Laborers Union employer, to submit to an audit of the books and records of Precision
6  Drilling, Inc. [Dkt. 1].
7        Defendant was served on April 14, 2022.  [Dkt. 8].
8        Defendant has not filed a responsive pleading, but defendant's counsel did attend a
9  thirty-minute video conference with plaintiffs' counsel, on April 19, 2022.  During this
10 conference, defendant's counsel committed to providing plaintiffs' auditors with access to
11 defendant's books and records for the purpose of allowing plaintiffs' auditors to perform an
12 audit for the period of April 2017 through the last completed quarter.
13       Thereafter, defendants counsel informed plaintiffs' counsel that the documents required
14 by plaintiff's auditors will be provided on or before July 17, 2022.  Thus, the audit will
15 commence on July 18, 2022.  It is anticipated that the audit will be complete and audit results
16 shared with defendant within forty-five (45) days after July 18, 2022.  Thereafter, plaintiffs and
17 defendant would like an additional fifteen (15) days to review the results of the audit and
18 attempt to resolve any dispute regarding such results, to avoid the time and expense of further
19 litigation.
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1 | Based on the above, plaintiffs respectfully request that this Court continue the case management conference for a period of sixty (60) days following July 17, 2022, to allow the parties time to complete the audit, discuss the audit results and attempt to resolve any dispute regarding the audit findings.

DATED: May 26, 2022

          BULLIVANT HOUSER BAILEY PC


          By   /s/ Adam Thomas
               Ronald L. Richman
               Adam Thomas

          Attorneys for Plaintiffs


          LAW OFFICE OF SAMIRA AMATO


          By   /s/ Samira Amato
               Samira Amato

          Attorneys for Defendant

**ORDER (AS MODIFIED)**

Pursuant to the parties' stipulation and good cause appearing:

IT IS HEREBY ORDERED that the initial case management conference is continued for sixty (60) days from July 17, 2022, to <u>September 21</u>, 2022 at 1:30 p.m., in Oakland, by Videoconference only. The parties shall file a joint case management conference statement seven (7) days prior to the re-scheduled case management conference.

Should the parties be unable to reach resolution of any dispute in the upcoming audit, plaintiffs shall file and serve an amended complaint and defendant's counsel shall accept service of process, on behalf of defendant, consistent with the parties' stipulation, above.

DATED: May <u>26</u>, 2022

By _____
HON. DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED AS MODIFIED*
*Judge Donna M. Ryu*