UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PRECISION DRILLING, INC.,<br><br>Defendant. | Case No. 22-cv-01293-DMR<br><br>**ORDER TO SHOW CAUSE** |

On August 17, 2023, the court set a bench trial for April 8, 2024 in the above-titled case. [Docket No. 39.]  The parties were ordered to submit a joint pretrial statement and pretrial filings by March 8, 2024.  Defendant Precision Drilling, Inc. did not contribute to the pretrial statement or submit any pretrial filings.  Therefore, IT IS HEREBY ORDERED that by March 13, 2024, Defendant shall submit a statement explaining why sanctions, including entry of default, should not be imposed against Defendant for violation of the August 17, 2023 court order.

**IT IS SO ORDERED.**

Dated: March 11, 2024



Donna M. Ryu
Chief Magistrate Judge