UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PRECISION DRILLING, INC.,<br><br>Defendant. | Case No. 22-cv-01293-DMR<br><br>**FINAL PRETRIAL ORDER** |

Following the pretrial conference held on May 2, 2024, the court summarizes the instructions and rulings issued from the bench.

## I. CONDUCT OF TRIAL

**Trial Schedule**: Trial will take place on May 10 and May 14, 2024 from 12:00 PM to 5:00 PM. There will be two 15-minute breaks. Trial time is limited to eight hours (4.25 hours for Plaintiffs and 3.75 hours for Defendant). This time limit includes the parties' opening statements. In lieu of closing arguments, the parties shall submit proposed findings of fact and conclusions of law with citations to the trial transcript on a schedule to be determined by the court.

**Objections:** Please stand to make an objection. Do not make speaking objections or offer argument. State the rule or basis for the objection (e.g., "403," or "hearsay"). Do not offer a rebuttal unless requested. If requested, rebuttal must be brief (e.g., "not offered for the truth.").

**Witnesses:** No witness may testify unless they have been identified in the pretrial submissions, except for true rebuttal or impeachment witnesses upon a showing of good cause. Counsel are expected to work together to accommodate witness schedules and to avoid cumulative testimony. No witness may be in the courtroom while not testifying except for Plaintiffs'

representative Ana Sorenson and Defendant's representative Tyrone Amundson.

**Exhibits:** No exhibit may be used unless it has been identified in the pretrial submissions. Unless the parties agree that exhibits will be presented in electronic form, the exhibit binders submitted by each side will be used by the court and by witnesses and the parties must bring separate copies for marking and admission at trial. The parties shall meet and confer to decide which party is responsible for uploading admitted exhibits to ECF at the trial's conclusion. *See* Civ. L.R. 5-1(g), 79-4.

**Scheduled Courtroom Check**: The parties have an appointment for May 8, 2024 at 2:00 PM to preview the courtroom and technology. The parties will meet with Courtroom Deputy Ivy Garcia at the Oakland Courthouse, Courtroom 3 – 3rd Floor, 1301 Clay Street, Oakland, CA 94612.

**Settlement:** The parties must promptly notify the court of a settlement by sending an email to **DMRsettlement@cand.uscourts.gov**.

**Compliance with Orders of the Court:** Failure to comply with the obligations set forth in any court order, either written or oral, will result in sanctions appropriate to the gravity of the failure, including, but not limited to monetary fines, exclusion of evidence, striking of testimony, and terminating sanctions. Counsel are personally responsible for making sure that the court's orders are clearly communicated to clients and witnesses so that the presentation of evidence complies with those rulings in every respect.

## II. EXHIBITS

### A. Plaintiffs' Exhibits

The court will address Defendant's objections to Plaintiffs' Exhibits 4-13, 15, 28, and 30-34 as those exhibits are introduced during the trial.

### B. Defendant's Exhibits

- **Exhibits B-AA**: Plaintiffs' objections on the grounds of hearsay and relevance are sustained.
- **Exhibits A, BB-DD**: Plaintiffs' objections on the grounds of untimeliness are overruled.

2

### III. WITNESSES

At the May 2, 2024 Pretrial Conference, the court ordered Defendant to file a list of all witnesses that Defendant plans to call, with a clear statement describing each witness's identity and the substance of the testimony to be given, by noon on May 3, 2024. Defendant has now filed its updated witness list.

Plaintiffs' objections to calling Tyrone Amundson and Eric Lamb as witnesses are overruled. Plaintiffs' objections to calling "employees per the Audit report" and "employees per Exhibit List" are sustained, with the exception of the witnesses identified and described in Defendant's May 3, 2024 updated witness list.

### IV. AMENDED RELIEF SOUGHT

Plaintiffs' pretrial conference statement requested monetary relief of **$7,152,538.23, plus fees and costs**. [Docket No. 43.] After reviewing Defendant's pretrial submissions, Plaintiffs revised their requested monetary relief to **$4,772,213.01, plus fees and costs**. [Docket No. 60.]

**IT IS SO ORDERED.**

Dated: May 3, 2024

Donna M. Ryu
Chief Magistrate Judge